JPMorganChase ○

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code IL1-0236
Chicago, IL 60606-0236

AUG. 27, 2010
OUR L/C NO. : TFTS-868801

MESSAGE SENT TO:
TRADE BANK OF IRAQ
CENTRAL BANK BLDG.
RASHEED ST., 4TH FL.
BAGHDAD, IRAQ

APPLICANT:
ADM RICE, INC.
660 WHITE PLAINS ROAD
TARRYTOWN, NY 10591

FOLLOWING IS THE TEXT OF A S.W.I.F.T. MESSAGE SENT TO THE PARTY INDICATED ABOVE:

************************

DOCUMENTARY CREDIT NUMBER:    TFTS-868801

FURTHER IDENTIFICATION:       REQUEST

DATE OF ISSUE:                AUGUST 27, 2010

DETAILS:

WE HAVE ESTABLISHED OUR IRREVOCABLE STANDBY LETTER OF CREDIT IN YOUR FAVOR AS DETAILED HEREIN SUBJECT TO UCP LATEST VERSION

BENEFICIARY:                  TRADE BANK OF IRAQ
                              CENTRAL BANK BLDG.
                              RASHEED ST., 4TH FL.
                              BAGHDAD, IRAQ

APPLICANT:                    ADM RICE, INC.
                              660 WHITE PLAINS ROAD
                              TARRYTOWN, NY 10591

DATE AND PLACE OF EXPIRY:     MARCH 15, 2011
                              AT OUR COUNTER

DOCUMENTARY CREDIT AMOUNT:    USD6,926,850.00

AVAILABLE WITH:               JPMORGAN CHASE BANK, N.A.

T5112) Andrew J Kosik

Page 1 of 6

EXHIBIT
A

JPMorganChase ⬡

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code IL1-0236
Chicago, IL 60606-0236

AUG 27, 2010
OUR L/C NO.: TFTS-868801

MESSAGE SENT TO:                          APPLICANT:
TRADE BANK OF IRAQ                        ADM RICE, INC.
CENTRAL BANK BLDG,                        660 WHITE PLAINS ROAD
RASHEED ST., 4TH FL.                      TARRYTOWN, NY 10591
BAGHDAD, IRAQ

TAMPA, FLORIDA
BY PAYMENT

ADDITIONAL DETAILS:
IN CONSIDERATION OF YOU ISSUING YOUR PERFORMANCE BOND AS REQUESTED BELOW
WE HEREBY OPEN IN YOUR FAVOR OUR IRREVOCABLE STANDBY LETTER OF CREDIT
NUMBER TFTS-868801 FOR AN AMOUNT OF USD6,926,850.00 (SIX MILLION NINE
HUNDRED TWENTY SIX THOUSAND EIGHT HUNDRED FIFTY AND 00/100 UNITED STATES
DOLLARS) COVERING THE APPLICANT'S OBLIGATIONS UNDER CONTRACT NUMBER
MOT/GB/R5/4/2010, AVAILABLE AGAINST YOUR AUTHENTICATED SWIFT THAT YOU HAVE
DULY ISSUED YOUR PERFORMANCE BOND AS REQUESTED BY OURSELVES AND THAT YOU
HAVE RECEIVED A CLAIM IN ACCORDANCE WITH THE TERMS OF THE PERFORMANCE
BOND.

THIS STANDBY LETTER OF CREDIT EXPIRES ON MARCH 15,2011 AND IS SUBJECT TO
THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION)
INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO, 600 AND ANY AMENDMENTS
THERETO AND REVISIONS THEREOF

IN THE EVENT OF A DRAWING UNDER THIS PERFORMANCE BOND OUR MAXIMUM
AGGREGATE LIABILITY IS RESTRICTED TO USD6,926,850.00 (SIX MILLION NINE
HUNDRED TWENTY SIX THOUSAND EIGHT HUNDRED FIFTY AND 00/100 UNITED STATES
DOLLARS).

WE UNDERTAKE TO PAY TO THE DEVELOPMENT FUND FOR IRAQ, FOR ACCOUNT OF TRADE
BANK OF IRAQ ON YOUR FIRST AUTHENTICATED SWIFT DEMAND, ANY AMOUNT THAT YOU
MAY CLAIM NOT EXCEEDING THE TOTAL VALUE OF THE SAID BOND PROVIDED THAT
SUCH DEMAND IS IN ACCORDANCE WITH THE PERFORMANCE BOND.

PLEASE VERY URGENTLY ISSUE, UNDER OUR RISK AND RESPONSIBILITY, YOUR
PERFORMANCE BOND FOR AN AMOUNT OF USD6,926,850.00 (SIX MILLION NINE
HUNDRED TWENTY SIX THOUSAND EIGHT HUNDRED FIFTY AND 00/100 UNITED STATES

15112) Andrew J Kozik

JPMorganChase 🌀

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code JL1-0236
Chicago, IL 60606-0236

AUG. 27, 2010
OUR L/C NO.: TFTS-868801

MESSAGE SENT TO:                    APPLICANT:
TRADE BANK OF IRAQ                  ADM RICE, INC.
CENTRAL BANK BLDG.                  660 WHITE PLAINS ROAD
RASHEED ST., 4TH FL.                TARRYTOWN, NY 10591
BAGHDAD, IRAQ

DOLLARS) FOR THE ACCOUNT OF ADM RICE, INC., 660 WHITE PLAINS ROAD,
TARRYTOWN, NY 10591, IN FAVOR OF MINISTRY OF TRADE/GRAIN BOARD OF IRAQ
VALID UNTIL MARCH 1, 2011 COVERING CONTRACT NUMBER MOT/GB/R5/4/2010.

MULTIPLE DRAWINGS ARE PROHIBITED.

ALL BANKING CHARGES ARE FOR THE ACCOUNT OF THE APPLICANT.

UPON ISSUANCE OF YOUR PERFORMANCE BOND, PLEASE URGENTLY PROVIDE THE
REFERENCE NUMBER AND DATE OF ISSUANCE BY SWIFT AND CONFIRM THAT YOU HAVE
EITHER MAILED OR FAXED A COPY OF THE PERFORMANCE BOND TO US AT JPMORGAN
CHASE BANK, N.A., C/O JPMORGAN TREASURY SERVICES, ATTN: STANDBY LETTER OF
CREDIT DEPT., 10420 HIGHLAND MANOR DRIVE, 4TH FLOOR, TAMPA, FLORIDA 33610
FAX NUMBER 1-813-432-5161.

IN CONSIDERATION OF THIS STANDBY LETTER OF CREDIT IN YOUR FAVOR AND AT THE
REQUEST OF THE ABOVE NAMED APPLICANT, PLEASE ISSUE YOUR GUARANTEE AS
FOLLOWS IN FAVOR OF:

GUARANTEE BENEFICIARY:              MINISTRY OF TRADE/GRAIN BOARD
                                   OF IRAQ
                                   P.O. BOX 329
                                   BAGHDAD, IRAQ

GUARANTEE EXPIRY DATE:             MARCH 1, 2011

GUARANTEE TEXT:
WE, THE TRADE BANK OF IRAQ, ARE ISSUING THIS PERFORMANCE BOND TO YOU,
MINISTRY OF TRADE/GRAIN BOARD OF IRAQ IN CONNECTION WITH THE CONTRACT
NUMBER MOT/GB/R5/4/2010 (THE ''CONTRACT'') BETWEEN YOU AND ADM RICE, INC.
660 WHITE PLAINS RD, TARRYTOWN, N.Y. 10591 (THE ''CUSTOMER'') RELATING TO
THE SALE BY ADM RICE OF 120,000 METRIC TONS PLUS OR MINUS FIVE PERCENT OF

151121 Andrew J Kwak

# JPMorganChase ◯

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code IL1-0236
Chicago, IL 60606-0236

AUG 27, 2010
OUR L/C NO.: TFTS-868801

MESSAGE SENT TO:
TRADE BANK OF IRAQ
CENTRAL BANK BLDG.
RASHEED ST., 4TH FL.
BAGHDAD, IRAQ

APPLICANT:
ADM RICE, INC.
660 WHITE PLAINS ROAD
TARRYTOWN, NY 10591

U.S. RICE ON C AND F BASIS AND WHEREAS THE CONTRACT CONTAINS AN OBLIGATION ON YOUR CUSTOMER TO PROVIDE A PERFORMANCE BOND IN THE AMOUNT OF USD6,926,850.00 (SIX MILLION NINE HUNDRED TWENTY SIX THOUSAND EIGHT HUNDRED FIFTY AND 00/100 UNITED STATES DOLLARS) (THE ''PERFORMANCE BOND'').

ALL CLAIMS MADE UNDER THIS PERFORMANCE BOND MUST BE ACCOMPANIED BY AN SGS ORIGINAL LABORATORY REPORT SPECIFICALLY CERTIFYING THAT THE QUALITY OF THE PURCHASED COMMODITY DOES NOT MEET THE CONTRACTUAL SPECIFICATIONS.

WE HEREBY GUARANTEE TO PAY TO THE DEVELOPMENT FUND FOR IRAQ, FOR YOUR ACCOUNT, SUCH AMOUNT AS YOU MAY CLAIM FROM US HEREUNDER UPON PRESENTATION OF YOUR FIRST WRITTEN DEMAND AT OUR COUNTERS TO BE SIGNED BY YOUR AUTHORIZED SIGNATORY SPECIFYING THE AMOUNT CLAIMED HEREUNDER, CERTIFYING THAT THE CUSTOMER HAS FAILED TO FULFILL ITS OBLIGATIONS TO YOU AND A DETAILED EXPLANATION OF SUCH FAILURE TO COMPLY WITH THE CONTRACT, AND ACCOMPANIED BY THE SGS ORIGINAL LABORATORY REPORT AS STATED ABOVE. ACCORDINGLY YOU ARE ENTITLED TO RECEIVE PAYMENT UNDER THE PERFORMANCE BOND, PROVIDED THAT:

1. ONLY ONE DEMAND MAY BE MADE HERE UNDER PRIOR THE EXPIRY DATE (AS DEFINED BELOW).

2. THE PAYMENT OF ANY CLAIM BE MADE ON FIRST DEMAND REGARDLESS OF ANY CONTESTATION BETWEEN THE PARTIES CONCERNED.

3. WE CONFIRM THAT THE NECESSARY APPROVAL OF THE FOREIGN EXCHANGE AUTHORITIES HAS BEEN ALREADY OBTAINED FOR ISSUING THIS PERFORMANCE BOND.

4. THE PAYMENT OF ANY CLAIM SHOULD BE MADE ACCORDING TO THE PREVAILING EXCHANGE RATE AT THE ACTUAL DATE OF PAYMENT.

/S/ /2/ Andrew J. Krak

JPMorganChase

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code IL1-0236
Chicago, IL 60606-0236

AUG 27, 2010
OUR L/C NO.: TFTS-868801

MESSAGE SENT TO:                         APPLICANT:
TRADE BANK OF IRAQ                       ADM RICE, INC.
CENTRAL BANK BLDG.                       660 WHITE PLAINS ROAD
RASHEED ST., 4TH FL.                     TARRYTOWN, NY 10591
BAGHDAD, IRAQ

5. IN CASE OF DISPUTE, THE PERFORMANCE BOND IS SUBJECT TO IRAQI LAW.

6. THIS PERFORMANCE BOND IS NOT SUBJECT TO ANY CONDITIONS OTHER THAN THOSE
CONDITIONS STATED ABOVE.

LET IT BE KNOWN THAT THIS PERFORMANCE BOND BEING SOLELY IN YOUR FAVOR AS
BENEFICIARY'S IS NOT ASSIGNABLE OR TRANSFERABLE TO ANY THIRD PARRY,
LIKEWISE IT IS NOT TRANSFERABLE BY THE PRINCIPAL TO ANY OTHER BENEFICIARY
OR THIRD PARTY WHOM SO EVER IS NOT PERMISSIBLE, AS SAME BEING PERSONAL TO
ALL PARTIES CONCERNED.

BY THIS PRESENT PERFORMANCE BOND, WE UNDERTAKE TO PAY TO YOU ANY AMOUNT OR
CLAIM NOT EXCEEDING UNDER ANY CIRCUMSTANCES THE ABOVE MENTIONED AMOUNT,
PROVIDED THE CLAIM FALLS WITHIN THE DIRECT SCOPE OF THE MATTER TO BE
INDEMNIFIED AND IS IRRELEVANT TO ANY MATTER EVEN IF THESE MATTERS
RESULTING FROM THE SUBJECT TO BE INDEMNIFIED OR RELEVANT THERE TO, WHEN
PARTICULAR TO ANY PARTY, WHATSOEVER ITS ORIGIN, SINCE THIS PERFORMANCE
BOND IS IN YOUR
FAVOR AS THE SOLE BENEFICIARY'S AND SUBJECT TO OUR RECEIPT OF YOU CLAIM IN
THIS OFFICE NOT LATER THAN THE OFFICIAL CLOSING TIME IN BAGHDAD OF THE 1ST
DAY OF MARCH IN THE YEAR 2011 (THE 'EXPIRY DATE') OTHERWISE SHOULD WE
NOT RECEIVE ANY CLAIM FROM YOU BY THAT DATE OUR LIABILITY WILL CEASE AND
THE PRESENT PERFORMANCE BOND WILL BECOME NULL AND VOID AND IT WILL BE
REMOVED FROM OUR RECORDS.

IN ANY EVENT OR FOR ANY REASON OUR MAXIMUM LIABILITY UNDER THIS
PERFORMANCE BOND WILL NOT EXCEED THE SUM TO BE INDEMNIFIED SHOWN HERE
ABOVE.

YOURS FAITHFULLY,

AUTHORIZED SIGNATURE

I91 I'21-Andrew J Xbrik

Page 5 of 6

# JPMorganChase

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code IL1-0236
Chicago, IL 60606-0236

AUG 27, 2010
OUR L/C NO. : TFTS-868801

MESSAGE SENT TO:                          APPLICANT:
TRADE BANK OF IRAQ                        ADM RICE, INC.
CENTRAL BANK BLDG,                        660 WHITE PLAINS ROAD
RASHEED ST., 4TH FL.                      TARRYTOWN, NY 10591
BAGHDAD, IRAQ

SPECIAL INSTRUCTIONS FOR TRADE BANK OF IRAQ:
PLEASE SEND THE ORIGINAL GUARANTEE DIRECTLY TO THE GRAIN BOARD OF IRAQ AND
SEND A COPY VIA E-MAIL TO: ADMRICE(AT)ADM.COM



15:12T Andrew J. Kiak

## JPMorganChase ⬡

JPMorgan Chase Bank, N.A.
Global Trade Services
300 South Riverside Plaza
Mail Code ILI-0236
Chicago, IL 60606-0236

AUG 30, 2010
OUR L/C NO.: TFTS-868801
AMENDMENT NO.: 1

MESSAGE SENT TO:                    APPLICANT:
TRADE BANK OF IRAQ                  ADM RICE, INC.
CENTRAL BANK BLDG.                  660 WHITE PLAINS ROAD
RASHEED ST., 4TH FL.                TARRYTOWN, NY 10591
BAGHDAD, IRAQ

FOLLOWING IS THE TEXT OF A S.W.I.F.T. MESSAGE SENT TO THE PARTY INDICATED
ABOVE:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SENDER REFERENCE:              TFTS-868801

RECEIVER'S REFERENCE:          NONREF

NUMBER OF AMENDMENT:           1

ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

ADDITIONAL GUARANTEE TEXT
PLEASE CHANGE 'C AND F' TO READ 'CIF' WHEREVER IT MAY APPEAR.

073102 Andrew J. Kosik

Page 1 of 1