Christopher H. Dillon
Keith W. Heard
Burke & Parsons
100 Park Avenue
New York, NY 10017-5533
Tel: (212) 354-3817
Fax: (212) 221-1432



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY and ADM RICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | 11 Civ. 0988 (JSR)<br><br>ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |

Upon the telephone conference with the Court on February 14, 2011 at approximately 6:00 p.m., the Verified Complaint, the Declaration of Christian Bonnesen, and the Affidavit of Christopher Dillon, copies of which are annexed hereto, it is

ORDERED, that the above-named defendant show cause before a motion term of this Court, at Room 14B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on February 18, 2011, at 10:00 a.m., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from paying under its standby letter of credit no. TFTS-868801; and it is further

ORDERED, that papers in opposition are to be filed with the Court by 5:00 p.m. on February 17, 2011; and it is further

ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from paying under its standby letter of credit no. TFTS-868801.

Dated:   New York, NY
         February _15_, 2011

Issued: _11:55 a.m._
(but orally issued
on 2/14/11 at
about 6 pm.)

_____
United States District Judge

0002_S01.docx