```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ARCHER DANIELS MIDLAND CO. and ADM    :
RICE, INC.,                           :
                                      :
              Plaintiffs,             :
                                      :
         -v-                          :
                                      :      11 Civ. 0988 (JSR)
JP MORGAN CHASE BANK, N.A.,           :
                                      :      ORDER
              Defendant.              :
------------------------------------- x
```



JED S. RAKOFF, U.S.D.J.

On February 14, 2011, the Court granted the request of plaintiffs, Archer Daniels Midland Co. and ADM Rice, Inc. (collectively "ADM"), for an order temporarily restraining defendant JP Morgan Chase Bank, N.A. ("Chase") from honoring a payment request by the Trade Bank of Iraq ("TBI") under a standby letter of credit in the amount of $6,926,850. The Court received full briefing on ADM's accompanying motion for a preliminary injunction seeking the same relief, and following an evidentiary hearing held on February 18, 2011, granted leave for both parties to submit additional briefing in support of their respective positions. At the close of the February 18 hearing, the Court indicated that it would endeavor to reach a determination on the pending motion by today, February 28, 2011. Due to complications in the Court's schedule, however, it has not yet had an opportunity to fully review the supplemental memorandums of law which were submitted to the Court on February 23, 2011. Accordingly, the Court hereby directs that the temporary restraining order, issued

on February 14, 2011, will remain in effect until next Monday, March 7, 2011, at which point it will issue its ruling on ADM's motion for a preliminary injunction.

SO ORDERED.

Dated: New York, NY
      February 28, 2011

_____
JED S. RAKOFF, U.S.D.J.