**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARCHER DANIELS MIDLAND COMPANY and ADM RICE, INC.,** | **11 Civ. 0988 (JSR)** |
| **Plaintiffs,** | |
| **v.** | **ORDER FOR PERMANENT INJUNCTION AND CASE CLOSING** |
| **JPMORGAN CHASE BANK, N.A.,** | **ECF Case** |
| **Defendant.** | |

1.     Whereas, Plaintiffs Archer Daniels Midland Company and ADM Rice, Inc.

(collectively "ADM"), commenced this action against defendant JPMorgan Chase

Bank, N.A. ( "JPMC"), on February 14, 2011, seeking, pursuant to §5-109 of the

Uniform Commercial Code of the State of New York, an injunction against

payment on a letter of credit (no. TFTS-868801) issued by JPMC to the Trade

Bank of Iraq ("TBI") in the amount of $6,926,850.00.

2.     Whereas, following the receipt of written submissions from both sides, and

an evidentiary hearing held on February 18, 2011, the Court issued its

Memorandum Order and Preliminary Injunction dated March 7, 2011, ECF No. 17

(S.D.N.Y. filed Mar. 8, 2011), which enjoined JPMC "from rendering any payment

to TBI under the Letter of Credit," (no. TFTS-868801).

3.    Whereas, the Court's Memorandum Order and Preliminary Injunction has fully and effectively decided the legal disputes between the parties, and ADM has asked the Court to convert the preliminary injunction to a permanent status, and JPMC has not opposed that request.

4.    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, the Court's Preliminary Injunction dated March 7, 2011, ECF No. 17 (S.D.N.Y. filed Mar. 8, 2011), shall be converted to permanent status and JPMC is therefore permanently enjoined and restrained from rendering any payment to TBI under the letter of credit (no. TFTS-868801).  In addition, the Clerk of the Court is directed to close the file in this matter.

IT IS SO ORDERED.

Dated: _____6/5/13_____

By: _____

Jed S. Rakoff
U.S.D.J